IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY ROBERSON,

        Plaintiff,                  No. 2:12-cv-2640 AC P

    vs.

QUEEN OF THE VALLEY
MEDICAL CENTER, et al.,        ORDER AND

        Defendants.          FINDINGS & RECOMMENDATIONS

_____ /

        By order filed January 23, 2013, ECF No. 10, the court granted plaintiff twenty-eight days to file an amended complaint. In that order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        IT IS ORDERED that the Clerk of the Court make a random assignment of a district judge to this case.

        IT IS HEREBY RECOMMENDED, for the reasons given in the January 23, 2013 order (ECF No. 10), that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."   Any response to the objections shall be filed and served within fourteen days after service of the objections.  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.

DATED: March 14, 2013.

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
robe2640.fta